IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAREY A. VIRGEN,

    Plaintiff,

v.

CAROLYN V. COLVIN, Commissioner of the Social Security Administration,

    Defendant.

Civ. No. 1:15-cv-01196-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 20, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Judge Russo's Findings and Recommendation, ECF No. 20, is adopted. The Commissioner's decision is REVERSED and REMANDED for the calculation of benefits under 42 U.S.C. §405(g).

    IT IS SO ORDERED.

    DATED this 14th day of June, 2016.

                                        Michael McShane
                                     United States District Judge

1 – ORDER